CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 1 2011

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN THE MATTER OF THE SEARCH OF:  :  Criminal No. 7:10-M-419
                                 :
Facebook Account of Jeffery Scott Easley  :
# ████████                       :  **S E A L E D**
                                 :

## O R D E R

It is hereby **ORDERED** that the sealing of the search warrant, affidavit and all related

documents in the above-captioned matter be extended for a period of 30 days or pending further

order of the court.

_____
UNITED STATES MAGISTRATE JUDGE

3-31-11